✎ AO 121 (6/90)

| TO:<br><br>Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

  In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>NDIL |
|---|---|
| DOCKET NO.<br>23cv15003 | DATE FILED<br>10/16/2023 |

| PLAINTIFF<br>Shenzhen Langmi Technology Co., Ltd. | DEFENDANT<br>The Partnerships and Unincorporated Associations identified in Schedule A |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 SEE ATTACHED | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

  In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | . | | |

  In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|

| CLERK<br>Thomas Bruton | (BY) DEPUTY CLERK<br>G. Young | DATE<br>11/17/2023 |
|---|---|---|

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

PROB 12
U.S. Probation Office

PACTS NO: 34194

# United States District Court
### for the
## Northern District of Illinois

U.S.A. vs **Joseph Donelson**            Docket No.: **1:07CR00043**

### Petition on Probation and Supervised Release

COMES NOW <u>   Kianna R Naylor   </u>, PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of <u> Joseph Donelson </u> who was placed on supervision by the Honorable <u>Gary Scott Feinerman</u> sitting in the court at <u> 219 South Dearborn Street, Chicago, Illinois 60604</u>, on <u> July 29, 2008 </u> who fixed the period of supervision at <u> 36 months,</u> with the terms and conditions referenced in the attached Judgment in a Criminal Case.

**RESPECTFULLY PRESENTING PETITION TO SET A COURT HEARING FOR CAUSE AS DETAILED ON THE ATTACHED SPECIAL REPORT.**

                                     Respectfully,

                                     Kianna R Naylor
                                     U.S. Probation Officer

                                     Place:  230 South Dearborn Street
                                                       Suite 3400
                                                       Chicago Illinois 60604

                                     Phone:  312-435-7597

                                     Date:     October 24, 2023

cc:  Robert W. Gettleman's Courtroom Deputy

PROB 12C *(Special Report)*
U.S. Probation Office
Rev 10/2016

# United States District Court
## for the
## Northern District of Illinois

RE: Client Name: **Joseph Donelson**   Pacts No: 34194

Docket No: **1:07CR00043**   Date: October 24, 2023

**IDENTIFYING DATA:**

| | |
|---|---|
| **Date of Birth:** | January 29, 1957 |
| **Race:** | Black or African American |
| **Sex:** | Male |
| **SSN#:** | 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 |
| **USM#:** | 08460-026 |
| **Residence Address:** | 1611 South Racine Avenue<br>Apt. 419<br>Chicago, Illinois 60608 |



PROB 12C *(Special Report)*
U.S. Probation Office
Rev. 10/2016

RE: Donelson, Joseph  Page **2** of **7**
Docket No: 1:07CR00043  PACTS#: 34194

# United States District Court
## for the
## Northern District of Illinois

---

Judge: <u>Honorable Robert W. Gettleman</u>  Date: October 24, 2023

## Special Report

| | |
|---|---|
| Offender Name: | Donelson, Joseph     Case Number: 1:07CR00043 |
| Sentencing Judicial Officer: | Gary Scott Feinerman |
| Date of Original Sentence: | July 29, 2008 |
| Original Offense: | Counts 1 and 2: Bank Robbery by Force or Violence in Violation of Title 18 U.S.C. Section 2113 (a) |
| Original Sentence: | 240 Months Custody<br>36 Months Supervised Release |
| Court Ordered Modifications: | On February 23, 2023, the case was reassigned to Judge Robert W. Gettleman. |
| | On February 24, 2023, the conditions of supervised release were modified to include placement at the residential reentry center for up to 120 days. |
| | On August 17, 2023, the conditions were modified to include participation in a substance abuse treatment program and a mental health treatment program. |
| Type of Supervision: | Supervised Release |
| Date Supervision Began: | March 7, 2023     Date Supervision Expires: March 6, 2026 |

### PURPOSE OF REPORT

To Request a Hearing for the Issuance of a Warrant.

### SUPERVISION HISTORY

The offender completed the term of imprisonment on March 7, 2023 and began supervised release.

Case: 1:07-cr-00043 Document #: 171 Filed: 11/07/23 Page 3 of 7 PageID #:597

PROB 12C *(Special Report)*
U.S. Probation Office
Rev. 10/2016

RE:  Donelson, Joseph                                                                                     Page **3** of **7**
Docket No: 1:07CR00043                                                                            PACTS#:  34194

## CURRENT STATUS

Mr. Donelson's whereabouts are unknown. Attempts to contact Mr. Donelson by phone have been unsuccessful. On October 23, 2023, the undersigned officer attempted to complete a home visit at Mr. Donelson's residence but was unsuccessful.

Additionally, there remains an outstanding balance of $16,678 due in restitution. Mr. Donelson last made a payment on June 8, 2023, in the amount of $91 (verified via OPERA). He has been directed to make monthly payments towards restitution.

## VIOLATIONS

Subsequently, the following violations of supervision are being reported:

**Violation No. 1 (Grade C) (Mandatory Condition) you shall refrain from any unlawful use of a controlled substance AND submit to one drug test within 15 days of release on supervised release and random drug tests thereafter.**

Analysis of a urine samples submitted on July 26, 2023, August 28, 2023, September 5, 2023, and September 14, 2023, screened, and confirmed positive for cocaine. Analysis of urine sample submitted on September 7, 2023, screened, and confirmed positive for cocaine and fentanyl. Mr. Donelson was scheduled to provide a urine sample at A Safe Haven on September 21, 2023, October 2, 2023, and October 16, 2023, but failed to report for testing.

On September 14, 2023, Mr. Donelson reported to the office under the influence of alcohol and admitted to having a can of beer prior to the meeting. He was admonished for his lack of motivation and continued noncompliance while on supervised release. He was also registered to observe Second Chance Reentry Court on September 21, 2023, but failed to appear for the observation session.

**Violation No. 2 (Grade C Violation, Discretionary Condition #9) you shall participate, at the direction of a probation officer, in a substance abuse treatment program, which may include urine testing up to a maximum of 104 tests per year. You shall participate, at the direction of a probation officer, in a mental health treatment program, and shall take any medications prescribed by the mental health treatment provider.**

On July 21, 2023, Mr. Donelson contacted this officer advising he had relapsed on cocaine and will be seeking substance abuse and mental health treatment to address his addiction through Thresholds but failed to follow through with treatment. On August 18, 2023, Mr. Donelson was directed to report to the office on August 24, 2023, to sign his referral paperwork for treatment. Mr. Donelson did not report until August 28, 2023.

On September 5, 2023, Mr. Donelson was referred for a mental health assessment and substance abuse assessment at A Safe Haven and was subsequently directed to report for the assessment on

Case: Case1:07c1:07-003-0r00043-D50006nDocut#m1e71t #SE2A FiledF: i1l/e1d7:/210/25/23 Page Page 6 1o Pagage 7ID P#a:g4e5I4D #:598
PROB 12C *(Special Report)*
U.S. Probation Office
Rev. 10/2016

RE: Donelson, Joseph                                                                                                    Page **4** of **7**
Docket No: 1:07CR00043                                                                                              PACTS#: 34194

September 13, 2023. To date, Mr. Donelson has missed and rescheduled the appointments three times and has yet to be assessed. Due to his continued missed appointments, he was unsuccessfully discharged from the program.

**RECOMMENDATION AND JUSTIFICATION**

Based on the aforementioned violations, it is respectfully recommended that a hearing be scheduled and that Your Honor addresses the violations. Should Mr. Donelson fail to appear in court, it is also recommended a bench warrant is issued for his arrest. The below revocation guidelines are being provided for Your Honor should you choose to revoke Mr. Donelson's supervised release.

In accordance with 18 U.S.C. § 3583(g), if the Court finds that the defendant possessed a controlled substance; the defendant's use of drugs establishes possession of a controlled substance; the defendant refused to comply with drug testing; or, as part of drug testing, the defendant tests positive for illegal controlled substances more than three times over the course of one year, the Court is required to revoke supervised release and order the defendant to serve a term of imprisonment not to exceed the maximum term of imprisonment authorized under 18 U.S.C. § 3583(e)(3). In accordance with 18 U.S.C. § 3583(d), when considering any action against a defendant who fails a drug test, the Court shall consider whether the availability of appropriate substance abuse treatment programs, or an individual's current or past participation in such programs, warrants an exception in accordance with U.S. Sentencing Commission guidelines from the rule of §3583(g).

The offender's conduct concluded on or after April 30, 2003, the date the Prosecutorial Remedies and Other Tools to end the Exploitation of Children Today Act (PROTECT Act) became effective. The Violent Crime Control Act (VCCA) of 1994 permits the reimposition of supervised release upon revocation, pursuant to Title 18, United States Code, Section 3583(h). The PROTECT Act allows the Court, upon each revocation of supervised release, to impose up to the maximum revocation prison term provided in 18 USC 3583(e)(3). Further, additional terms of supervised release may always be imposed unless the current revocation prison term is equal to the term of supervised release authorized by statute, 18 USC 3583(b).

The offender was convicted and sentenced on 2 separate counts. Counts 1 and 2 are Class C felony offenses. Therefore, upon revocation, the offender could receive a sentence of 24 months on Count 1 and 24 months on Count 2, according to Title 18 USC, Section 3583(e)(3). The total statutory maximum term of imprisonment that may be imposed is 48 months. The length of the term of supervised release which could be reimposed would be up to 36 months on Count 1 and 36 months on Count 2, according to Title 18, United States Code, Section 3583(b). All terms of supervised release must run concurrently according to statute.

The length of the newly imposed term of supervised release shall not exceed the term of supervised release authorized by statute for the offense that resulted in the original term of supervised release, less any term of imprisonment that is imposed upon revocation of this period

RE: Donelson, Joseph  Page **5** of **7**
Docket No: 1:07CR00043  PACTS#: 34194

of supervised release.

Chapter Seven, of the United States Sentencing Commission Guidelines Manual, presents the policy statement that the Court must consider for sentencing upon revocation of supervision. Based upon this offender's highest violation behavior of Grade C, and his Criminal History Category of III, the revocation guideline range is between 5- and 11-months custody. The revocation guideline range is advisory and not binding on the Court. Should the Court sentence the offender outside the range, the reason should be stated for the record.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

*Kianna R Naylor*

Kianna R Naylor
U.S. Probation Officer
Tel: 312-435-7597

Reviewed by:

*Carrie Holberg*

Carrie Holberg
Supervising U.S. Probation Officer
Tel: 312-408-7776

cc: Steven J. Dollear
Assistant U.S. Attorney
U. S. Courthouse - 5th Floor.
219 South Dearborn Street
Chicago, Illinois 60604
312 353-5359
Steven.Dollear@usdoj.gov

Robert D. Seeder (for assignment purposes only)
Yesenia Silva (for assignment purposes only)
Attorney at Law
Federal Defender Program
55 East Monroe Street, Suite 2800

Case: 1:07-cr-00043 Document #: 171 *SEALED* Filed: 11/10/23 Page 7 of 7 PageID #:600

PROB 12C *(Special Report)*
U.S. Probation Office
Rev. 10/2016

RE: Donelson, Joseph  Page **6** of **7**
Docket No: 1:07CR00043  PACTS#: 34194

Chicago, Illinois 60603
312 621-8300
Robert_Seeder@fd.org
Yesenia_Silva@fd.org

Mandy Lyon
Financial Litigation Agent
U. S. Attorney's Office
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
312 469-6230
Mandy.Lyon@usdoj.gov

Joseph Donelson
1611 South Racine Avenue
Chicago, Illinois  60608